Lance A. Maningo
MANINGO LAW
Nevada Bar No. 6405
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
702.626.4646
lance@maningolaw.com
Attorney for Defendant

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> STYLES'ZA WASHINGTON, ) <br> ) <br> Defendant. ) <br> _____ ) | 2:19-cr-00071-RFB-BNW <br><br> (Second Request) |

Certification:  This Stipulation and Order is being timely filed.

### STIPULATION TO CONTINUE SENTENCING

IT IS HEREBY STIPULATED by and between Christopher Chiou, Acting United States Attorney and, SHAHEEN TORGOLEY, Assistant United States Attorney, Counsel for the United States of America and, LANCE A. MANINGO, of Maningo Law, counsel for Defendant STYLES'ZA WASHINGTON, that the sentencing hearing currently scheduled for July 27, 2021, at 1:00 p.m. be vacated and  continued thirty (30) days or to a date and time convenient to this Honorable Court.

This Stipulation is entered into for the following reasons:

1. That counsel for Defendant needs additional time to prepare the sentencing memorandum;

2. That Defendant WASHINGTON is out of custody and does not object to this continuance;

3. That denial of this request for a continuance could result in a miscarriage of justice; and

4. This is the second request for a continuance of the sentencing date in this case.

RESPECTFULLY SUBMITTED this 16th day of July, 2021.

| | |
|---|---|
| CHRISTOPHER CHIOU<br>United States Attorney<br>By: /s/ Shaheen Torgoley<br>SHAHEEN TORGOLEY<br>Assistant United States Attorney<br>Counsel for Plaintiff | MANINGO LAW<br>By: /s/ Lance Maningo<br>   LANCE MANINGO, ESQ.<br>   Counsel for Defendant WASHINGTON |

Lance A. Maningo
MANINGO LAW
Nevada Bar No. 6405
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
702.626.4646
lance@maningolaw.com
Attorney for Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | )  2:19-cr-00071-RFB-BNW |
| vs. | )  (Second Request) |
| | ) |
| STYLES'ZA WASHINGTON, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## FINDINGS OF FACT

Based upon the pending Stipulation of the parties, and good cause therefore, the Court finds that:

1. That counsel for Defendant needs additional time to prepare the sentencing memorandum;

2. That Defendant WASHINGTON is out of custody and does not object to this continuance;

3. That denial of this request for a continuance could result in a miscarriage of justice; and

4. This is the second request for a continuance of the sentencing date in this case.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interests of the public and the defendant, since the failure to grant said continuance would be likely to result in a miscarriage of justice.

3

## **ORDER**

IT IS THEREFORE ORDERED that the that sentencing in this matter currently scheduled for July 27, 2021 at 1:00 p.m. be vacated and continued to __August 31, 2021__ at __11:00 AM__ in LV Courtroom 7C.

DATED this  20th  day of July, 2021.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

*/s/  Lance Maningo*
LANCE A. MANINGO, ESQ.
Nevada Bar No.:  006405
400 S. 4th Street, Suite 650
Las Vegas, Nevada 89101
Attorney for Defendant