Lance A. Maningo
MANINGO LAW
Nevada Bar No. 6405
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
702.626.4646
lance@maningolaw.com
Attorney for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 2:19-cr-00071-RFB-BNW |
| vs. | ) (First Request) |
| STYLES'ZA WASHINGTON, | ) |
| Defendant. | ) |

Certification: This Stipulation and Order is being timely filed.

**STIPULATION TO CONTINUE SENTENCING**

IT IS HEREBY STIPULATED AND AGREED, by Defendant STYLES'ZA WASHINGTON, by and through his attorney, LANCE A. MANINGO, ESQ., and the United States of America, by and through SHAHEEN TORGOLEY, United States Attorney, that the sentencing hearing currently scheduled for August 31, 2021, at 11:00 a.m. be vacated and continued to November 29, 2021, or a date and time convenient for this Court.

This Stipulation is entered into for the following reasons:

1. The parties agree to continue the sentencing date for purposes of counsel calendar conflict;

2. A new State-level matter has developed that requires attention prior to sentencing;

3. That denial of this request for a continuance could result in a miscarriage of justice; and

1

4. This is the first request for a continuance of the sentencing date in this case.

RESPECTFULLY SUBMITTED this 24th day of August, 2021.

By: /s/ Lance Maningo  
LANCE A. MANINGO  
Attorney for Defendant

By: /s/ Shaheen Torgoley  
SHAHEEN TORGOLEY  
Attorney for United States

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> STYLES'ZA WASHINGTON, ) <br> ) <br> Defendant. ) | 2:19-cr-00071-RFB-BNW <br><br> (First Request) |

### FINDINGS OF FACTS

Based upon the pending Stipulation of the parties, and good cause appearing therefore, the Court finds that:

This Stipulation is entered into for the following reasons:

1. The parties agree to continue the sentencing date for purposes of counsel calendar conflict;

2. A new State-level matter has developed that requires attention prior to sentencing;

3. That denial of this request for a continuance could result in a miscarriage of justice; and

4. This is the first request for a continuance of the sentencing date in this case.

### CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interests of the public and the defendant, since the failure to grant said continuance would be likely to result in a miscarriage of justice.

////

////

////

////

**ORDER**

IT IS THEREFORE ORDERED that sentencing in this matter currently scheduled for August 31, 2021 at 11:00 a.m. be vacated and continued to  December 2, 2021  at  10:00 AM  in the above-noted Court.

DATED this  26th  day of August, 2021.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:



By:   /s/ Lance Maningo
Lance A. Maningo
Nevada Bar No. 6405
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
Attorney for Defendant HENRY

4