CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar Number 14853
SHAHEEN P. TORGOLEY
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6281
Shaheen.Torgoley@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:19-cr-00071-RFB-BNW-3 |
| Plaintiff, | |
| vs. | GOVERNMENT'S MOTION TO QUASH ARREST WARRANT AND DISMISS PETITION TO REVOKE PRETRIAL RELEASE |
| STYLES'ZA WASHINGTON, | |
| Defendant. | |

The government moves to dismiss the petition to revoke Styles'za Washington's pretrial release (ECF No. 197) and quash the resultant arrest warrant (ECF No. 198).

Washington is currently set for sentencing on December 12, 2021. *See* ECF No. 194. On September 2, 2021, undersigned government counsel agreed with pretrial services to the filing of a petition to revoke Washington's pretrial release, pending his sentencing date. The petition followed after pretrial services learned Washington was charged with serious felony crimes in local court.

///

///

///

///

1

The government, through U.S. Pretrial Services, recently learned that the state criminal case against Washington was dismissed. Therefore, the government asks the Court to dismiss the petition to revoke release and correspondent arrest warrant.

DATED: September 20, 2021.

Respectfully submitted,

CHRISTOPHER CHIOU
Acting United States Attorney

/s/
SHAHEEN P. TORGOLEY
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

**RICHARD F. BOULWARE, II**
**United States District Judge**

Date: September 21, 2021.