Lance A. Maningo
MANINGO LAW
Nevada Bar No. 6405
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
702.626.4646
lance@maningolaw.com
Attorney for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | 2:19-cr-00071-RFB-BNW |
| Plaintiff, | (Second Request) |
| vs. | |
| STYLES'ZA WASHINGTON, | |
| Defendant. | |

Certification:  This Stipulation and Order is being timely filed.

### STIPULATION TO CONTINUE SENTENCING

IT IS HEREBY STIPULATED AND AGREED, by Defendant STYLES'ZA WASHINGTON, by and through his attorney, LANCE A. MANINGO, and the United States of America, by and through SHAHEEN TORGOLEY, Assistant United States Attorney, that the sentencing hearing currently scheduled for December 2, 2021, at 10:00 a.m. be vacated and continued to a minimum of forty-five (45) days, to a date and time convenient for this Court. This Stipulation is entered into for the following reasons:

1.  The Defendant has been responsible on Pre-Trial release;

2.  The Defendant hopes to spend the holidays with his three-year-old daughter prior to a potential term of incarceration;

3.  The denial of this request for a continuance could result in a miscarriage of justice; and

1

4. This is the second request for a continuance of the sentencing date in this case.

RESPECTFULLY SUBMITTED this 23rd day of November, 2021.

By: /s/ Lance Maningo    By: /s/ Shaheen Torgoley
LANCE A. MANINGO         SHAHEEN TORGOLEY
Attorney for Defendant    Attorney for United States

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | 2:19-cr-00071-RFB-BNW |
| Plaintiff, ) | (Second Request) |
| vs. ) | |
| STYLES'ZA WASHINGTON, ) | |
| Defendant. ) | |

## FINDINGS OF FACTS

Based upon the pending Stipulation of the parties, and good cause appearing therefore, the Court finds that:

This Stipulation is entered into for the following reasons:

1. The Defendant has been responsible on Pre-Trial release;

2. The Defendant hopes to spend the holidays with his three-year-old daughter prior to a potential term of incarceration;

3. The denial of this request for a continuance could result in a miscarriage of justice; and

4. This is the second request for a continuance of the sentencing date in this case.

## CONCLUSIONS OF LAW

The ends of justice are served by granting the requested continuance.

/ / /

/ / /

/ / /

/ / /

3

**ORDER**

IT IS THEREFORE ORDERED that sentencing in this matter currently scheduled for December 2, 2021 at 10:00 a.m. be vacated and continued to <u>January 18, 2022</u> at <u>11:00 a.m.,</u> in the above-noted Court.by videoconference.

DATED this <u>23rd</u> day of November, 2021.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:



By:     <u>/s/ Lance Maningo</u>
        Lance A. Maningo
        Nevada Bar No. 6405
        400 South 4th Street, Suite 650
        Las Vegas, Nevada 89101
        Attorney for Defendant

4