Lance A. Maningo
MANINGO LAW
Nevada Bar No. 6405
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
702.626.4646
lance@maningolaw.com
Attorney for Defendant WASHINGTON

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>vs.<br><br>STYLES'ZA WASHINGTON,<br><br>    Defendant. | 2:19-cr-00071-RFB-BNW<br>(Third Request) |

Certification:  This Stipulation and Order is being timely filed.

**STIPULATION TO CONTINUE SENTENCING**

IT IS HEREBY STIPULATED AND AGREED, by Defendant STYLES'ZA WASHINGTON, by and through his attorney, LANCE A. MANINGO, and the United States of America, by and through BRIAN WHANG, Assistant United States Attorney, that the sentencing hearing currently scheduled for January 18, 2022, at 11:00 a.m. be vacated and continued to a minimum of thirty (30) days, to a date and time convenient for this Court.

This Stipulation is entered into for the following reasons:

1. The Defendant has been responsible on Pre-Trial release;

2. The Defendant and his family have tested positive for COVID-19 and are isolating;

3. The denial of this request for a continuance could result in a miscarriage of justice; and

1

4. This is the third request for a continuance of the sentencing date in this case.

RESPECTFULLY SUBMITTED this 13th day of January, 2022.

By:   /s/ Lance Maningo            By:   /s/ Brian Whang  
LANCE A. MANINGO                                      BRIAN WHANG
Attorney for Defendant WASHINGTON        Attorney for United States

2

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:19-cr-00071-RFB-BNW |
| vs. | (Third Request) |
| STYLES'ZA WASHINGTON, | |
| Defendant. | |

## FINDINGS OF FACTS

Based upon the pending Stipulation of the parties, and good cause appearing therefore, the Court finds that:

This Stipulation is entered into for the following reasons:

1. The Defendant has been responsible on Pre-Trial release;

2. The Defendant and his family have tested positive for COVID-19 and are isolating;

3. The denial of this request for a continuance could result in a miscarriage of justice; and

4. This is the third request for a continuance of the sentencing date in this case.

## CONCLUSIONS OF LAW

The ends of justice are served by granting the requested continuance.

/ / /

/ / /

/ / /

/ / /

## **ORDER**

IT IS THEREFORE ORDERED that sentencing in this matter currently scheduled for January 18, 2022 at 11:00 a.m. be vacated and continued to February 22, 2022 at 10:00 AM in the above-noted Court., by videoconference.

DATED this 14th day of January, 2022.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:



By:     /s/ Lance Maningo
Lance A. Maningo
Nevada Bar No. 6405
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
Attorney for Defendant WASHINGTON

4